AO 91 (Rev. 11/11)  Criminal Complaint

| | United States Courts |
|---|---|
| | Southern District of Texas |

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**FILED**

*October 29, 2020*

David J. Bradley, Clerk of Court

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
|  | ) | Case No. | **4:20-MJ-2143** |
| Raymond Dale Carr, Jr. | ) | | |
|  | ) | | |
|  | ) | | |
| *Defendant(s)* | ) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 5, 2020 _____ in the county of _____ Harris _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422 (b) | Coercion and Enticement |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert J. Guerra, FBI Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: _____ October 29, 2020 _____

_____
*Judge's signature*

City and state: _____ Houston, Texas _____

Dena Hanovice Palermo, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert J. Guerra, being duly sworn, hereby depose and state the following:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Special Agent in Charge (SAC), in Houston, Texas. I have been so employed since November 2005. As part of my daily duties as an FBI agent, I am assigned to the FBI Houston Child Exploitation Task Force which, among other things, investigates criminal violations relating to child exploitation and child pornography, including violations pertaining to the coercion and enticement of a minor. I have received training in the areas of child pornography and child exploitation. I have had the opportunity to investigate numerous cases involving the coercion and enticement of minors. This investigation concerns alleged violations of Title 18, United Stated Code, Section 2422(b), which states:

> "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or life."

2.      This Affidavit is made in support of a criminal complaint charging Raymond Dale CARR, Jr. with violating 18 U.S.C. § 2422(b) (Coercion and Enticement).

3.      Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of violation of 18 U.S.C. § 2422(b) (coercion and enticement) occurred on or about September 5, 2020, has been committed by Raymond Dale CARR, Jr. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

4.      On October 8, 2020, the Harris County Sheriff's Office was dispatched to the residence belonging to the mother of a minor female, identified as MV1 (birth year of 2009). MV1 had advised her mother that she had been involved in an online relationship

1

with an adult male known as "Jay Carr", who she believed resided in Michigan. MV1 stated that her and CARR had been communicating via Tik Tok as well as text message. MV1 also detailed an occasion on or about September 5, 2020, where CARR traveled to Texas from Michigan and engaged in sexual intercourse with MV1. MV1 advised her mother that CARR had picked her up at a park near their residence and then drove her to the Super 8 Hotel located on Huffmeister Road. MV1 stated CARR performed oral sex on her and that CARR inserted his penis into her vagina.

5.　　On or about October 26, 2020, SA Robert J. Guerra was made aware of the situation involving MV1 and CARR. SA Guerra contacted the mother of MV1 and on October 28, 2020, was able to obtain MV1's cellular devices. During the initial review of MV1's Apple iPhone, there were several text messages between MV1 and an individual saved as "Meh Babyyyy (Jay)", which was identified as the telephone number belonging to CARR. The telephone number CARR was utilizing to send/receive text messages during his contact with MV1 was 231-670-9080.

6.　　SA Guerra observed at least two instances where CARR acknowledges that MV1 is in fact under the age of 18. In one text message sent by CARR on September 10, 2020, CARR states, "I really love you babe that's why I get so upset because I'm 57 years old hopelessly in love with a 13-year-old and nobody understands me." In another text message, CARR tells MV1 that he told his son about their relationship. CARR states, "He knows you are underage", and "Just not what age". In another text message to MV1, CARR is explaining how he told his daughter that he was in a relationship.  CARR stated the following about his conversation with his daughter, "Don't know if she would feel the same way knowing you are 6 mos older than her.....ha ha but I'll take what I can get. Lol". MV1 responds, "Ha ha I'm 11" and then CARR responds, "Yep that's right".

7.　　SA Guerra observed another text message sent by CARR on September 19, 2020, where CARR stated, "14 days ago, right at this moment, I picked you up and we met irl for the 1st time. From the moment I saw your face, I was deeply IN LOVE with you. I knew it before, but it really confirmed and submitted itself into my heart when I saw you. When you got in my car and we took off and you poked my arm to make sure I was real,

that set off electricity through my heart of such joy& love. And every minute afterward that we were together was better than the minute before. Just holding your hand as we were driving was more than I could dream. And when we finally kissed I was 100% yours forever and ever with no doubt in my mind. I love you so much babe." SA Guerra also observed two pictures of what appears to be CARR's hand wearing a dark colored ring, followed by another picture of what appears to be MV1's hand, wearing the same type ring. In the text message exchange between CARR and MV1, SA Guerra observed several pictures sent by CARR where he showed his face

8.  MV1's mother confirmed the date that MV1 was picked up by CARR near her home as September 5, 2020. MV1's mother also provided SA Guerra with a dark colored ring that MV1 had been wearing. MV1 advised her mother that CARR had given the ring to her when he picked her up. MV1's mother stated that MV1 had initially advised CARR that she was 13 years of age, but then eventually told him she was actually 11.

9.  On October 28, 2020, SA Guerra contacted the management at the Super Hotel located at 10710 Huffmeister Road, Houston, Texas 77065, which is located in the Southern District of Texas. They were able to confirm that a Raymond Dale CARR had booked a two-night stay via www.Expedia.com. CARR checked into the hotel on September 4, 2020, and checked out on September 6, 2020. CARR provided a copy of his Michigan Driver's License. The name on the driver's license was Raymond Dale CARR, Jr, with the date of birth May 27, 1963 and the address of 2753 Duff Road, Twin Lake, Michigan. The telephone number provided to the front desk of the Super 8 hotel was 231-670-9080.

10.  The adult male's face pictured in the Michigan Driver's License provided by CARR to the Super 8 Motel, is the same adult male pictured in the images sent during the conversations between CARR and MV1. The telephone number provided to the Super 8 Motel on September 4, 2020, is the same telephone number MV1 was communicating with via text message.

11.  A check of a publicly available database shows the most recent address for Raymond Dale CARR, Jr., as 2753 Duff Road, Twin Lake, Michigan. The same database shows the telephone number being assigned to Raymond Dale CARR, Jr. at the same address on Duff Road

## CONCLUSION

12.     Based on all information set forth above, your Affiant believes there is probable cause
to believe that on or about September 5, 2020, Raymond Dale CARR, Jr., was in violation
of Title 18 U.S.C. § 2422(b) (Coercion and Enticement).

Robert J. Guerra
Special Agent, FBI


Subscribed and sworn to before me, via telephone, this  29th   of October 2020.

Dena Hanovice Palermo
United States Magistrate Judge

4