**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:20-mj-2143** |
| | : | |
| v. | : | **(UNDER SEAL)** |
| | : | |
| **RAYMOND DALE CARR, JR.** | : | |

## **ORDER**

Pending before the Court is the United States' Motion for Stay and Revocation of Release Order for defendant Raymond Dale Carr, Jr. Having reviewed the briefing and heard oral arguments, the Court finds it necessary to stay the release of the defendant Raymond Dale Carr, Jr., until a more comprehensive mental health evaluation can be completed. The Court will conduct a detention hearing to determine whether the defendant Raymond Dale Carr, Jr. will be detained pending trial, but will not order that the Defendant be transported to the Southern District of Texas at this time.

**IT IS SO ORDERED.**

Signed on this the 11th day of November, 2020.

_____
Keith P. Ellison
UNITED STATES DISTRICT JUDGE